UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **20-2205**

Case Title: **Timothy King, et al** vs. **Gretchen Whitmer, et al**

List all clients you represent in this appeal:

> **Gretchen Whitmer, Jocelyn Benson and Michigan Board of State Canvassers**

☐ Appellant         ☐ Petitioner         ☐ Amicus Curiae         ☐ Criminal Justice Act
☑ Appellee          ☐ Respondent         ☐ Intervenor                     (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Erik A. Grill**          Signature: s/ **Erik A. Grill**

Firm Name: **Michigan Department of Attorney General**

Business Address: **PO Box 30736**

City/State/Zip: **Lansing, Michigan 48909**

Telephone Number (Area Code): **517.335.7659**

Email Address: **grille@michigan.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---