UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **20-2205**

Case Title: **Timothy King, et al** vs. **Gretchen Whiter, et al**

List all clients you represent in this appeal:

**Intervenor-Defendant City of Detroit**

☐ Appellant         ☐ Petitioner        ☐ Amicus Curiae        ☐ Criminal Justice Act
☑ Appellee          ☐ Respondent        ☑ Intervenor                  (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Nathan J. Fink**     Signature: s/ **Nathan J. Fink**

Firm Name: **Fink Bressack**

Business Address: **38500 Woodward Ave, Suite 350**

City/State/Zip: **Bloomfield Hills, MI 48304**

Telephone Number (Area Code): **(248) 971-2500**

Email Address: **nfink@finkbressack.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.