UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations and Financial Interest

Sixth Circuit Case Number: **20-2205**   Case Name: **Timothy King, et al v Gretchen Whitmer et al**

Name of counsel: **Stefanie Lambert Junttila**

Pursuant to 6th Cir. R. 26.1, **Timothy King, Marian Sheridan, John Haggard, Charles Ritchel, James Hooper, and Daren Rubinsh,**
Name of Party
makes the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation? If Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

   **No.**

2. Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome? If yes, list the identity of such corporation and the nature of the financial interest:

   **No.**

## CERTIFICATE OF SERVICE

I certify that on **Dec. 18, 2020** the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ *[signature]*

This statement is filed twice: when the appeal is initially opened and later, in the principal briefs, immediately preceding the table of contents. See 6th Cir. R. 26.1 on page 2 of this form.