# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

December 15, 2020

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Dec 18, 2020
DEBORAH S. HUNT, Clerk

    Re:  Timothy King, et al.
          v. Gretchen Whitmer, Governor of Michigan, et al.
          No. 20-815
          (Your No. 20-2205)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on December 11, 2020 and placed on the docket December 15, 2020 as No. 20-815.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst