IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

---

NO. 20-2205

---

TIMOTHY KING, MARIAN SHERIDAN,
JOHN HAGGARD, CHARLES RITCHARD,
JAMES HOOPER, DAREN RUBINGH,

              Plaintiffs -Appellants,

vs.

GRETCHEN WHITMER, in her official capacity as the Governor of the State of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State and the Michigan BOARD OF STATE CANVASSERS,
    Defendants - Respondents,

and

CITY OF DETROIT, DEMOCRATIC
NATIONAL COMMITTEE,
MICHIGAN DEMOCRATIC PARTY, and

        Intervenor-Defendants.
        Defendant--Respondents.

---

ON APPEAL FROM THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

# STIPULATION OF VOLUMTARY DISMISSAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(B)

NOW COMES the Plaintiffs/Petitioners, TIMOTHY KING, MARIAN SHERIDAN, JOHN HAGGARD, CHARLES RITCHARD, JAMES HOOPER, DAREN RUBINGH and the Defendants Respondents GRETCHEN WHITMER, in her official capacity as the Governor of the State of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State and the Michigan BOARD OF STATE CANVASSERS and CITY OF DETROIT, DEMOCRATIC NATIONAL COMMITTEE, MICHIGAN DEMOCRATIC PARTY, by and through Counsel, pursuant to Rule 42(B) of the Federal Rules of Appellate Procedure and hereby stipulate that the above pending appeal(s) may be dismissed with prejudice and without costs or fees.

SO STIPULATED:

*/s/ Stefanie Lambert Juntilla*
STEFANIE LAMBERT JUNTTILA (P71303)
Attorney for the Plaintiffs
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740
attorneystefanielambert@gmail.com

*/s/ Sidney Powell*
SIDNEY POWELL PC
Texas Bar. NO. 16209700
2911 Turtle Creek Blvd
#300 Dallas, TX 75219-4480

Counsel for Appellants

*/s/ Heather Meingast*
Heather S. Meingast
MI Dept of Attorney General
Clee
P.O. Box 30736
Lansing, MI 48909
517-335-7659
Email: meingasth@michigan.gov

Counsel for Respondents Gretchen Whitmer, Jocelyn Benson
And Michigan Board of State Canvassers

*/s/ Darryl Bressack*
Darryl Bressack
Fink Bressack
38500 Woodward Avenue
Suite 350
Bloomfield Hills, MI 48304
248-971-2500
Email: dbressack@finkbressack.com

Counsel for Respondent The City of Detroit

*/s/ Andrew A. Paterson, Jr.*
Andrew A. Paterson, Jr.
46350 Grand River Ave.
Novi, MI 48374
248 568-9712
Email: aap43@hotmail.com
Counsel for Respondent Robert Davis

*/s/ Mary Ellen Gurewitz*
Mary Ellen Gurewitz
Cummings & Cummings Law PLLC
423 North Main Street
Suite 200
Royal Oak, MI 48067
313-204-6979
Email: megurewitz@gmail.com

Counsel for Respondents Democratic National Committee and Michigan Democratic Party