Case No. 20-2205

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

TIMOTHY KING; MARIAN SHERIDAN; JOHN HAGGARD; CHARLES RITCHARD; JAMES HOOPER; DAREN RUBINGH

    Plaintiffs - Appellants

v.

GRETCHEN WHITMER; JOCELYN BENSON; MICHIGAN BOARD OF STATE CANVASSERS

    Defendants - Appellees

CITY OF DETROIT, MI

    Intervenor Defendant - Appellee

 

Upon consideration of the stipulation of the parties to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                                        **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: January 26, 2021