## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 26, 2021

Mr. Darryl G. Bressack
Mr. David H. Fink
Mr. Nathan Joshua Fink
Mr. Erik A. Grill
Ms. Stefanie Lynn Junttila
Ms. Heather S. Meingast

Re: Case No. 20-2205, *Timothy King, et al v. Gretchen Whitmer, et al*
Originating Case No. : 2:20-cv-13134

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Jill E Colyer
Case Manager
Direct Dial No. 513-564-7024

cc: Ms. Kinikia D. Essix

Enclosure

No mandate to issue